UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM KING, | ) | No. CV 14-2789-TJH (AGR) |
|         Petitioner, | ) | |
| | ) | JUDGMENT |
|   v. | ) | |
| JOHN SCOTT, | ) | |
|         Respondent. | ) | |

Pursuant to the Opinion and Order on Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is summarily dismissed.

DATED: April 23, 2014

_____
TERRY J. HATTER, JR.
United States District Judge